IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

IN RE:

MARK ALAN MACAL and
KAREN SUE MACAL,

        Debtors.

No.  09-32944

Chapter 13 Case

## NOTICE OF HEARING AND MOTION FOR RELIEF FROM STAY

To:    The debtors and other entities specified in Local Rule 9013-3.

    1.    GE Money Bank, by its attorneys, Brooks & Trinrud, P.C., moves the court for the relief requested below and gives notice of hearing.

    2.    The court will hold a hearing on this motion at 1:30 P.M. on December 2, 2009 in Courtroom No. 2B, at the United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.

    3.    Any response to this motion must be filed and delivered not later than November 27, 2009, which is three days before the time set for the hearing (excluding Saturdays and Sundays, and holidays), or filed and served by mail not later than November 20, 2009, which is seven days before the time set for the hearing (excluding Saturdays and Sundays, and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

    4.    This court has jurisdiction over the motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bank. P 5005 and Local Rule 1070-1.  This proceeding is a core proceeding.  The petition commencing this Chapter 13 case was filed on April 30, 2009.  The case is now pending in this court.

5. This motion arises under 11 U.S.C. § 362(d) and Fed. R. Bankr P. 4001. This motion is filed under Fed. R. Bankr. P. 9014 and Local Rules 9013-1 through 9013-3. GE Money Bank requests relief with respect to a 2008 Bombardier Outlander ATV.

6. On or about, October 16, 2007, the debtor, Mark Macal, completed a BRP Consumer Application (hereinafter the "Contract") and obtained credit with GE. (See attached Exhibit A).

7. On or about, October 16, 2007, the debtor, Mark Macal, used the GE credit to purchase a 2008 Bombardier Outlander ATV. (See attached Exhibit B).

8. As security for performance of the terms of the contract, the debtor, Mark Macal, granted a security interest in a 2008 Bombardier Outlander ATV, Identification Number 3JBEKCJ118J000093.

9. The GE Money Bank perfected its first security interest by filing a UCC Financing Statement for the collateral. (See attached Exhibit C).

10. Pursuant to the Contract, the debtor, Mark Macal, agreed to make monthly payments of principal and interest until the loan was paid in full.

11. The outstanding payoff balance under the contract as of November 3, 2009 was $14,077.94. The last payment received was on November 24, 2008. The amount past due is in excess of $1,210.00.

12. The Debtors' Chapter 13 Plan fails to provide for payments to GE Money Bank for the 2008 Bombardier Outlander ATV.

13. Pursuant to 11 U.S.C. 362 (d) GE Money Bank is not adequately protected and relief from the automatic stay is appropriate in that the interests of GE Money Bank would be

irreparably harmed by continuation of the stay.

    14.    That the provisions of Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, GE Money Bank moves the court for an order pursuant to 11 U.S.C. §362(d) to terminate the automatic stay so that GE Money Bank can seek the return of said property or, in the alternative, pursuant to 11 U.S.C. §363(e) condition and or prohibit the debtors from further use of the property as is necessary to provide adequate protection to GE Money Bank, that the provisions of Bankruptcy Rule 4001(a)(3) be waived and for such other relief as may be just and equitable.

    Respectfully submitted,

    /s/ Allison E. Walsh
    Minnesota Bar ID No. 0344904
    Brooks & Trinrud
    A Professional Corporation
    3725 Blackhawk Road, Suite 200
    Rock Island, IL 61201
    Telephone:    (309) 786-4900
    Facsimile:    (309) 786-4940
    **ATTORNEY FOR GE MONEY BANK**

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## VERIFICATION

I, Cynthia Vinson, Bankruptcy Specialist with GE Money Bank, named in the forgoing notice of hearing and motion, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated this 3rd day of November 2009.

GE Money Bank,

By /s/ Cynthia Vinson

Subscribed to and sworn before me this 3rd day of November 2009.

/s/ Susan Bailey
Notary Public

Susan Bailey
Notary Public, DeKalb County, GA
My Commission Expires December 13, 2009

4

10-17-07; 1:11PM;TOUSLEY MOTOR SPORTS ;651 555 5555 # 3/ 10

# BRP CONSUMER APPLICATION - BB/BRP

29115

PLEASE READ THE ATTACHED DISCLOSURES AND SIGN BELOW BEFORE SUBMITTING YOUR APPLICATION.
APPLICATION MUST BE SIGNED. Please print in CAPITAL LETTERS and avoid contact with the lines: S M I T H

## Applicant

First Name: MARK
M. Initial: A
Last Name: Macal

Mailing Address: 2326 BIRCH ST W
APT #:

City: ROSEMOUNT
State: MN
Zip: 55068

Do You: ☑ Own  ☐ Parents/Relative  ☐ Rent  ☐ Other
Years at Residence: 06

Social Security Number: 514 68 [illegible]

If the above address is a PO Box, you must provide a street address for yourself or a contact person

Home Phone: (651)-322-5599
Birth Date: 1 / 19 / 68

Your Employer: UEOL 19 EWOLOR michl 24
How Long (Yrs.): $ 76,000
Total Annual Income*
Business Phone: (651)-768-5276

E-Mail Address (optional)...

Nearest Relative Not Living With You:
Name / Address / City / State / Zip / Home Phone

## Joint Applicant

(blank)

## PROTECT YOUR CREDIT CARD ACCOUNT WITH DEBT SECURITY - (OPTIONAL)

By signing to purchase Debt Security, I acknowledge that I do not need to purchase Debt Security to get credit...

YES, I would like to purchase Debt Security     Sign Here to Enroll X _____

### Applicant/Joint Applicant Signatures

I am providing the information in this application to GE Money Bank ("GEMB") and to dealers ("Dealers") that accept the BRP Credit Card ("Card") and to program sponsors, and asking GEMB to issue me a Card. By applying for this account, I authorize and agree that:
• GEMB may furnish this and other information about me (even if my application is denied) and my account to Dealers and program sponsors (and their respective affiliates) to create and update their records, and to provide me with service and special offers.
• GEMB may make inquiries it considers necessary (including requesting reports from consumer reporting agencies and other sources) in evaluating my application, and for purposes of reviewing, maintaining or collecting my account.
• If my application is approved, the BRP Card Agreement ("Agreement") will be sent to me and will govern my Account.
• Among other things, the Agreement: (1) INCLUDES AN ARBITRATION PROVISION THAT MAY LIMIT MY RIGHTS UNLESS I REJECT THAT PROVISION UNDER THE AGREEMENT'S INSTRUCTIONS; and (2) makes each applicant responsible for paying the entire amount of credit extended; and (3) grants GEMB a security interest in the goods purchased on the account as permitted by law.
• GEMB may contact me (1) using all contact information that I provide to GEMB, including without limitation, each phone number, email address, and/or text message address, (2) for all purposes, including collection purposes, (3) using methods where I may be charged for the communication (such as calling or sending a text message to my cellular phone) and (4) using automated equipment.
This application and the Agreement are governed by federal law and Utah law (to the extent that state law applies).
Federal law requires us to obtain, verify and record information that identifies you when you open an account. We will use your name, address, date of birth, and other information for this purpose.

X Mark A Macal     10-16-07     X _____
Applicant Signature     Date     Joint Applicant Signature     Date

## Store Information

Applicant's Primary ID (Type, Number, Issuing State) Exp. / Sec. ID (Credit Type and Issuer) Exp.

Account #: _____

Store #: 53812

Contact Name: _____

Joint Applicant's Primary ID (Type, Number, Issuing State) Exp. / Sec. ID (Credit Type and Issuer) Exp.
Store Fax #: _____
Store Phone #: _____
Amount Requested $: _____

To find out about changes in the terms of the attached agreement, write to us at GEMB, P.O. Box 6160, Rapid City, SD 57709-6160
168-302-00 (01/07) BRP

EXHIBIT A

10-17-07; 1:11PM;TOUSLEY MOTOR SPORTS ;651 555 5555 # 2/ 10



**0950 BRP**

# SALES SLIP

**GE MONEY BANK**

ACCOUNT NUMBER: 0 0 5 8 | 5 3 4 8 1 2 0 9 5 0 3 0 0 9 2 1
DEALER NUMBER

CUSTOMER NAME: Mark Macal

DEALER NAME: TOUSLEY MOTORSPORTS INC

CREDIT PLAN* (DESCRIPTION): 2 6 5 | BRP 265 ATV 89@8.9 APR for 24 months with 1 deal
*SEE REVERSE SIDE FOR OTHER THAN STANDARD PLAN TERMS.

DEALER PHONE NUMBER: 6514838296

DEALER ADDRESS: 1400 EAST COUNTY RD, WHITE BEAR LA, MN 55110

AUTH. CODE: 0 1 6 4 5 3    PROPERTY STATE: m n

| Description | | Item Value |
|---|---|---|
| YEAR | 2 0 0 8  [X] NEW  [ ] USED | |
| MAKE | bombardier | |
| MODEL | OUTLANDER | |
| VIN # | 3JBEKCJ18J000093 | 9199.00 |
| YEAR | [ ] NEW  [ ] USED | |
| MAKE | | |
| MODEL | | |
| VIN # | | . |
| LIST MISC. ITEMS OVER $500 | ACCESSORIES    $ 241.89 | |
| | EXT WAR    $ 749.00 | |
| | $ . | |
| | $ . | 990.89 |

DATE OF SALE: 10/16/2007
DATE OF DELIVERY: 10/16/2007

X Mark A Macal  10-16-07
BUYER SIGNATURE  DATE SIGNED

By signing, I certify that the Promotional Credit Plan and Amount to be Financed are correct and I grant GE Money Bank a purchase money security interest in the collateral financed. I agree to the terms and conditions of any applicable Special Payment Plan (on the reverse side) and the GE Money Bank Credit Card Agreement governing my Account.

| | |
|---|---|
| SUB TOTAL | 10189.89 |
| SALES TAX | 613.66 |
| FILING FEES | 74.50 |
| OTHER FEES | 38.50 |
| CASH DOWN PAYMENT | . |
| NET TRADE-IN | . |
| TOTAL DOWN PAYMENT | 10.00 |
| AMOUNT TO BE FINANCED | 10916.55 |

**STORE USE ONLY**

Applicant's ID (Type and Number) _____ Expires _____

Name of Employee Obtaining Verification _____ Date _____

GE USE ONLY
Ticket Number | | |

BRP Credit Card cannot be used for down payments.

200-526-00 (03/06) BRP

59250

EXHIBIT B

10-17-07; 1:11PM;TOUSLEY MOTOR SPORTS ;651 555 5555 # 7/ 10

**SALES & SERVICE**
HONDA AND YAMAHA MOTORCYCLES
AND SCOOTERS, ARCTIC CAT, SKI-DOO
AND YAMAHA SNOWMOBILE,
SEA-DOO AND YAMAHA PERSONAL WATERCRAFT
HONDA, YAMAHA, ARCTIC CAT AND BOMBARDIER ATV



Sellin' fun since '71
1400 EAST COUNTY ROAD E
White Bear Lake, MN 55110  (651) 483-8296
1-800-Tousley • FAX (651) 286-7108
www.tousleymotorsports.com

CUSTOMER CODE: 17255
DEAL #: 36873

Stock #: BA80093A      Date: 10/16/2007     Salesperson: OSOWSKI, JON
Buyer Name: (Last) MACAL   (First) MARK   (Middle) A
Co-Buyer Name: (Last) ___  (First) ___   (Middle) ___
Address: 2326 BIRCH ST W   City: ROSEMOUNT   State: MN   County: DAKOTA   Zip: 55068
Home Phone: (651)322-5569   Bus Phone: (651)755-3011   Buyer DOB: 09/30/1968   Co-Buyer DOB: ___
Buyers Insurance Co.: ___   Policy No. or Agent Name @ Ph# / Agency Name @ Ph#: ___

PLEASE ENTER MY ORDER FOR: New ☐  Used ☒  Demo ☐   Leinholder: GE MONEY BANK   Address: 332 MINNESOTA ST #610

### TRADE-IN INFORMATION
EXTENDED WARRANTY  YES ☐  NO ☐

| | |
|---|---|
| YEAR | |
| MAKE & MODEL | |
| SERIAL NO. | |
| KEY NO. | |
| ENGINE NO. | |
| MILEAGE | |
| LICENSE NO. | |
| EXP. DATE | |

### UNIT PURCHASED
YEAR: 2008   MAKE & MODEL: BOMB OUT650
SERIAL NUMBER: 3JBEKCJ118J000093

| | |
|---|---|
| REGULAR PRICE | 9849.00 |
| TOUSLEY DISCOUNT | 650.00 |
| BOTTOM-LINE PRICE | 9199.00 |
| FREIGHT | N/A |
| SET UP — ENVIRONMENTAL FEE | 25.00 |
| ACCESSORY TOTAL | 241.89 |
| TOTAL SELLING PRICE | 9440.89 |
| TRADE-IN ALLOWANCE | N/A |
| TAXABLE AMOUNT | 9440.89 |
| SALES TAX | 613.66 |
| LICENSE | 38.50 |
| TRANSFER | N/A |
| DOCUMENT ADMINISTRATIVE FEE | 49.50 |
| SERVICE CONTRACT | 749.00 |
| THEFT PROTECTION | N/A |
| GAP INSURANCE | N/A |
| BALANCE OWING TO LEINHOLDER ON TRADE-IN | N/A |
| TOTAL AMOUNT DUE | 10916.55 |
| DEPOSIT AMOUNT | N/A |
| TOTAL AMOUNT DUE ON DELIVERY | 10916.55 |

ACCESSORIES
INVOICE 527361 .................... 241.89
ACCESSORY TOTAL .................. 241.89

### DECLINATION OF COVERAGE
The Mechanical Repair Agreement has been explained to me in conjunction with my purchase.
☐ I choose NOT to purchase the Mechanical Repair Agreement at this time with the full understanding that any repairs after the expiration of the original factory warranty period shall be completely at my expense.

Date ___   Customer Signature ___

### NEW VEHICLE OR USED VEHICLE WITH REMAINING FACTORY WARRANTY
☒ ANY warranties on the products sold hereby are those of the manufacturer. As between this retail seller and buyer, the product is to be sold "AS IS" and the entire risk as to the quality and performance of the product is with the buyer. The seller expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. This disclaimer by this seller in no way affects the terms of the manufacturer's warranty. The buyer acknowledges being so informed prior to the sale.

10/16/2007   /s/ Mark A Macal
Date         Purchaser's Signature

### USED VEHICLE
☐ No guarantee. No expressed or warranty, express or implied, including any implied warranty of merchantability or fitness for a particular purpose. This vehicle is being sold on an "As is Basis with All Faults". The Buyer hereby acknowledges that the entire risk as to the quality and performance of this vehicle is with the Buyer. The Buyer assumes full responsibility for making inspections and repairs as may be necessary before putting this vehicle to use.

The above warranty information was explained to me prior to the sale.

Salesman ___   Buyer ___

I have read the matter printed on the back hereof and agree to it as part of this order the same as if it were printed above my signature. I certify that I am 18 years of age, or older, and hereby acknowledge receipt of a copy of this order.

THE TERMS OF THIS CONTRACT OF SALE WERE AGREED UPON AND THE CONTRACT SIGNED IN THIS DEALERSHIP ON THE DATE NOTED AT THE TOP OF FORM.

**IMPORTANT: THIS IS A BINDING CONTRACT AND YOU MAY LOSE ANY DEPOSITS IF YOU DO NOT PERFORM ACCORDING TO ITS TERMS.**

X /s/ Mark A Macal
Purchaser's Signature   Applicant signature authorizes Tousley Motorsports to obtain credit and employment history.

Accepted Dealer's Signature ___
(This order is not binding on dealer until accepted by dealer in writing.)
OSOWSKI, JON
Salesman's Name          / MGR Approval

10-17-07; 1:11PM;TOUSLEY MOTOR SPORTS                        ;651 555 5555        # 10/ 10

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

```
GE MONEY BANK
332 MINNESOTA ST #610
ST PAUL MN 55101
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME: MACAL | FIRST NAME: MARK | MIDDLE NAME: ALAN | SUFFIX | |
| 1c. MAILING ADDRESS: 2326 BIRCH ST W | CITY: ROSEMOUNT | STATE: MN | POSTAL CODE: 55068 | COUNTRY: USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names ☐ NONE

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b) ☐ NONE

| 3a. ORGANIZATION'S NAME: GE MONEY BANK | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 3c. MAILING ADDRESS: 332 MINNESOTA ST #610 | CITY: ST PAUL | STATE: MN | POSTAL CODE: 55101 | COUNTRY: USA |

**4. This FINANCING STATEMENT covers the following collateral:**

2008 BOMBARDIER    OUTLANDER 650    3JBEKCJ118J000093

5. ALTERNATIVE DESIGNATION (if applicable): ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING
6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable)   7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2
8. OPTIONAL FILER REFERENCE DATA

SECURED PARTY COPY    UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

EXHIBIT C

## UNSWORN CERTIFICATE OF SERVICE

I, Julie A. Newton, employed by Brooks & Trinrud, P.C., declare under penalty of perjury that on the 5th day of November 2009, I mailed copies of the foregoing Notice of Hearing and Motion for Relief from Stay, Memorandum in Support of Motion for Relief, Affidavit and Proposed Order to each individual listed below, to each of them a true and correct copy thereof, enclosed in an envelope, and mailed by first class mail with postage prepaid and depositing the same in a U.S. Post Office box in Rock Island, Illinois.

| | |
|---|---|
| Mark and Karen Macal<br>2326 Birch Street West<br>Rosemount, MN 55068 | Jasmine Z. Keller<br>Bankruptcy Trustee<br>12 S 6th Street, Suite 310<br>Minneapolis, MN 55402 |
| Curtis K. Walker<br>Attorney for Debtors<br>Curtis K. Walker Law Office<br>4356 Nicollet Avenue S<br>Minneapolis, MN 55409 | Office of the U.S. Bankruptcy Trustee<br>1015 US Courthouse<br>300 S. 4th Street<br>Minneapolis, MN 55415 |

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated this 5th day of November 2009.

/s/ Julie A. Newton

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

IN RE:

MARK ALAN MACAL and
KAREN SUE MACAL,

No. 09-32944
Chapter 13 Case

Debtors.

## MEMORANDUM IN SUPPORT OF
## MOTION FOR RELIEF FROM STAY

A. **Statement of Uncontested Facts**

GE Money Bank is a holder of a credit application and sales contract dated October 16, 2007, entered into by the debtor, Mark Macal. Said sales contract is secured by the 2008 Bombardier Outlander ATV, Identification Number 3JBEKCJ118J000093. The Debtors' Chapter 13 Plan fails to provide for payments to GE Money Bank for the 2008 Bombardier Outlander ATV. GE Money Bank has not received a payment since November 24, 2008. The collateral given as security is depreciating.

B. **Argument**

CAUSE EXISTS FOR THE GRANTING OF RELIEF FROM THE AUTOMATIC STAY
PURSUANT TO 11 U.S.C. § 362(d) WHERE THE INTEREST OF THE PARTY IS NOT
ADEQUATELY PROTECTED.

Pursuant to 11 U.S.C. § 362(g) the burden is on the debtors to prove adequate protection and/or absence of cause. GE Money Bank's interest in the property is not adequately protected where the Debtors have failed to make an offer of adequate protection as the delinquency and payoff amount increase.

**C.      Conclusion**

Pursuant to 11 U.S.C. §362(d), GE Money Bank is not adequately protected due to the debtors' inability to make payments towards the original loan obligation, and relief from the automatic stay is appropriate in that the interests of GE Money Bank would be irreparably harmed by continuation of the stay.

Respectfully submitted,

/s/  Allison E. Walsh
Minnesota Bar ID No. 0344904
Brooks & Trinrud
A Professional Corporation
3725 Blackhawk Road, Suite 200
Rock Island, IL 61201
Telephone:     (309) 786-4900
Facsimile:       (309) 786-4940
**ATTORNEY FOR GE MONEY BANK**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

IN RE:

MARK ALAN MACAL and
KAREN SUE MACAL,

    Debtors.

No.  09-32944
Chapter 13 Case

ORDER FOR RELIEF FROM AUTOMATIC STAY

The above-entitled matter is before the court upon the motion of secured creditor, GE Money Bank.  Based on the file and the records herein:

IT IS HEREBY ORDERED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated for all purposes as to GE Money Bank, which may proceed with recovery of the 2008 Bombardier Outlander ATV, Identification Number 3JBEKCJ118J000093, and pursuant to applicable state law thereafter may commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that notwithstanding Fed. R. Bankr. P. 4001(a)(3), this Order is effective immediately.

Dated: _____          _____
                                                                                   U.S.  Bankruptcy Judge