IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

IN RE:

MARK ALAN MACAL and
KAREN SUE MACAL,

Debtors.

No. 09-32944
Chapter 13 Case

ORDER FOR RELIEF FROM AUTOMATIC STAY

The above-entitled matter is before the court upon the motion of secured creditor, GE Money Bank. Based on the file and the records herein:

IT IS HEREBY ORDERED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated for all purposes as to GE Money Bank, which may proceed with recovery of the 2008 Bombardier Outlander ATV, Identification Number 3JBEKCJ118J000093, and pursuant to applicable state law thereafter may commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that notwithstanding Fed. R. Bankr. P. 4001(a)(3), this Order is effective immediately.

Dated: December 2, 2009

/e/ Dennis D. O'Brien
U.S. Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/02/2009*
Lori Vosejpka, Clerk, by DLR